IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHELBI CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 2:23-cv-02615-SHM-cgc |
| | ) | |
| THE KROGER CO., | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

### JOINT NOTICE OF SETTLEMENT

The parties, by and through their counsel of record and pursuant to Local Rule 83.13, hereby give notice that all matters by and between the below parties have been settled and compromised. The parties estimate that a proposed Notice of Dismissal and/or Stipulation of Dismissal and an Agreed Order of Dismissal will be submitted to the Court within 30 days of the filing of this Joint Notice of Settlement.

Respectfully submitted this the 20th day of May, 2025.

**LEWIS THOMASON, P.C.**

By: *s/Laura L. Deakins*
CHRISTOPHER L. VESCOVO (14516)
LAURA L. DEAKINS (30131)
HALLIE E. ROBISON (41317)
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com
ldeakins@lewisthomason.com
hrobison@lewisthomason.com
*Attorneys for Defendants, Kroger Limited Partnership I, Kroger Co.*

**WRIGHT GRAY LAW FIRM**

By: *s/Toof Brown*
Daryl Gray (27781)
Toof Brown (18565)
5050 Poplar Avenue, Suite 1925
Memphis, TN 38157
(504) 324-0445
daryl@wrightgray.com
toof@wrightgray.com
*Attorneys for Plaintiff, Shelbi Chambers*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2025, a copy of the foregoing pleading has been delivered to all parties at interest in this cause via electronic mail and/or ECF.

s/*Laura L. Deakins*

10250824