UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHELBI CHAMBERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.: 2:23-cv-2615-SHM-cgc |
| | § | |
| THE KROGER CO., | § | |
| | § | |
| Defendant. | § | |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on June 17, 2025.

# APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___June___17, 2025_____          WENDY R. OLIVER___
DATE                                CLERK

                                    _/s/ Jairo Mendez_____
                                    (By) DEPUTY CLERK